COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE: JORY CEDILLO VEGA,

Relator.

§    No. 08-11-00374-CR

§    AN ORIGINAL PROCEEDING

§    IN MANDAMUS

§

# **MEMORANDUM OPINION**

Relator, Jory Vega, *pro se*, has filed a petition for writ of mandamus, requesting that this Court compel the Brewster County District Clerk to file his application for writ of habeas corpus. Because this Court's mandamus authority does not include the Respondent in this case, the petition is denied. *See* TEX.GOV'T CODE ANN. § 22.221(b) (West 2004).

GUADALUPE RIVERA, Justice

January 18, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)